Scott E. Kolassa (CA SBN 294732)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100
skolassa@bclgpc.com

Attorneys for Plaintiff
*Scramoge Technology Limited*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br> Plaintiff, <br> v. <br> MOPHIE INC., <br> Defendant. | Case No. 8:21-CV-01673-DOC-ADS <br><br> **JOINT MOTION TO DISMISS** <br><br> **JURY TRIAL DEMANDED** <br><br> **Case Filed:** Oct. 7, 2021 |

WHEREAS Plaintiff Scramoge Technology Ltd. ("Plaintiff") and Defendant Mophie Inc. ("Mophie") desire to dismiss this district court action including Plaintiff's claims for relief against Mophie and Mophie's counterclaims for relief against Plaintiff.

NOW, THEREFORE, Plaintiff and Mophie, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Mophie with prejudice and Mophie's claims, defenses or counterclaims for relief against Plaintiff

1   with prejudice, and with all attorneys' fees, costs of court and expenses borne by the
2   party incurring same.

DATED: November 17, 2025         /s/ Scott Kolassa
                                 Scott E. Kolassa (CA SBN 294732)
                                 skolassa@bclgpc.com

                                 **BC LAW GROUP, P.C.**
                                 200 Madison Avenue, 24th Floor
                                 New York, NY 10016
                                 Phone: 212-951-0100

                                 ***Attorneys for Scramoge Technology Limited***


                                 /s/Sheila Swaroop
                                 Steven J. Nataupsky (SBN 155,913)
                                 steven.nataupsky@knobbe.com
                                 Sheila N. Swaroop (SBN 203,476)
                                 sheila.swaroop@knobbe.com
                                 Marko R. Zoretic (SBN 233,952)
                                 marko.zoretic@knobbe.com
                                 KNOBBE, MARTENS, OLSON & BEAR, LLP
                                 2040 Main Street, Fourteenth Floor
                                 Irvine, CA 92614
                                 Phone: (949) 760-0404
                                 Facsimile: (949) 760-9502

                                 ***Attorneys for Defendant*
                                 MOPHIE, INC.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE ATTESTATION**

I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

Dated: November 17, 2025                    */s/ Scott Kolassa*
                                                                        Scott Kolassa