# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br> Plaintiff, <br> v. <br> MOPHIE INC., <br> Defendant. | Case No. 8:21-CV-01673-DOC-ADS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE [65]** <br><br> **JURY TRIAL DEMANDED** |

On this day, Plaintiff Scramoge Technology Ltd. ("Plaintiff") and Defendant and Counterclaim-Plaintiff Mophie Inc. ("Mophie") request that the Court dismiss Plaintiff's claims for relief against Mophie with prejudice and Mophie's claims, defenses or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Mophie are dismissed with prejudice and Mophie's claims, defenses and/or

counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: __November 17, 2025__ .

                                                        Hon. David O. Carter
                                                       U.S. District Court Judge